# Exhibit 2

Charted Claims:
Method Claims:1

| US6931597 | Autodesk Civil 3D ("Accused Product") |
|---|---|
| 1. A method for graphically indicating secured items in a program for displaying contents in a selected place, the method comprising: determining a security level of each of the secured items, wherein each of the secured items has a default icon associated with if the each of the secured items is otherwise not secured; and | The accused product practices a method for graphically indicating secured items (e.g., locked files) in a program (e.g., the accused product) for displaying contents (e.g., contents of a folder) in a selected place (e.g., folder), the method comprising: determining a security level (e.g., access permitted or not permitted) of each of the secured items (e.g., locked files), wherein each of the secured items (e.g., locked files) has a default icon (e.g., file icon) associated with if the each of the secured items (e.g., locked files) is otherwise not secured (unlocked files).<br><br>As shown below, the accused product is a design and documentation software that allows multiple users to work on different parts of a project. It has a folder for storing, managing, and sharing documents. Users can lock their documents using a Lock/Unlock tool of software. When a user locks a file, another specific icon, overlays, on the original file icon. This indicates locked status of the file. Only the user who locked the file has access to it and can edit it. However, if the original file icon lacks this specific lock icon, it indicates that the file is not secured, i.e., it can be accessed and edited by all users.<br><br><br>https://www.autodesk.com/products/civil-3d/overview |

## What is Autodesk Civil 3D?

Autodesk Civil 3D design software empowers civil engineers to meet complex infrastructure challenges in a 3D model-based environment.

- Accelerate design and documentation
- Advance design automation
- Improve collaboration and coordination

https://www.autodesk.com/products/civil-3d/overview



https://www.autodesk.com/products/civil-3d/overview



https://www.autodesk.com/products/civil-3d/overview



# File sharing for Collaboration for Civil 3D

Leverage cloud file sharing features to optimize your workflow and enhance collaboration across your team. Efficiently share and track files using folder permissions, transmittals, public links, and bridges between cloud projects.

https://www.autodesk.com/learn/ondemand/curated/file-sharing-for-collaboration-for-civil-3d



https://www.autodesk.com/products/civil-3d/overview



https://help.autodesk.com/view/CIV3D/2022/ENU/?guid=GUID-4E83887B-ED19-4174-B78D-B472856C85BA

https://help.autodesk.com/view/CIV3D/2022/ENU/?guid=GUID-4E83887B-ED19-4174-B78D-B472856C85BA

| | |
|---|---|
| | https://help.autodesk.com/view/CIV3D/2022/ENU/?guid=GUID-4E83887B-ED19-4174-B78D-B472856C85BA |
| superimposing an appropriate icon corresponding to the security level over the default icon without losing original indications of the default icon. | The accused product practices superimposing an appropriate icon (e.g., lock icon) corresponding to the security level (e.g., access permitted or not permitted) over the default icon (e.g., file icon) without losing original indications of the default icon (e.g., file icon).<br><br>As shown below, the accused product visually indicates locked files by overlaying or superimposing a specific icon on the original file icon while keeping the original icon visible. Therefore, if a file icon has this specific lock icon superimposed, the access to the file is restricted.<br><br><br><br>**File sharing for Collaboration for Civil 3D**<br><br>Leverage cloud file sharing features to optimize your workflow and enhance collaboration across your team. Efficiently share and track files using folder permissions, transmittals, public links, and bridges between cloud projects.<br><br>https://www.autodesk.com/learn/ondemand/curated/file-sharing-for-collaboration-for-civil-3d |



https://www.autodesk.com/products/civil-3d/overview



https://help.autodesk.com/view/CIV3D/2022/ENU/?guid=GUID-4E83887B-ED19-4174-B78D-B472856C85BA

https://help.autodesk.com/view/CIV3D/2022/ENU/?guid=GUID-4E83887B-ED19-4174-B78D-B472856C85BA

| | https://help.autodesk.com/view/CIV3D/2022/ENU/?guid=GUID-4E83887B-ED19-4174-B78D-B472856C85BA |
|---|---|